Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

C.W. appeals the judgment finding him guilty of the offense of sexual abuse, a class C felony, in violation of Sections 562.041 and 566.100.1, RSMo 1994, and sentencing him to probation. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).

Section 565.020.1 RSMo 1994, and armed criminal action, Section 571.015, RSMo 1994. The trial court sentenced him to concurrent prison terms of life without probation or parole and thirty years, respectively. We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. No precedential or jurisprudential purpose would be served by an extended opinion reciting the detailed facts and restating the principles of law. The judgment is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Conrad J. SCHMITT, III, Appellant.**

No. 74352.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Hawley, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Conrad Schmitt (Defendant) appeals from the judgment entered upon a jury verdict finding him guilty of first degree murder,

**STATE of Missouri, Respondent,**

v.

**Kenneth DAILEY, Appellant.**

No. 74318.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Appellant Kenneth Dailey appeals from the judgment entered in the Circuit Court of St. Louis City after a jury trial convicting